**THE GRETCHEN.**

**THE MINERVA.**

**THE DAUNTLESS NO. 12.**

**KIECKHEFER CONTAINER COMPANY, Owner of Barge Gretchen v. Tug MINERVA, etc., and Susanna E. Burritt, etc., et al., Appellants, and Tug Dauntless No. 12, etc., and Chris. Nielson, et al., etc., Impleaded Respondents.**

No. 9130.

Circuit Court of Appeals, Third Circuit.

Argued June 19, 1946.

Decided July 3, 1946.

Howard M. Long, of Philadelphia, Pa. (Howard T. Long, of Philadelphia, Pa., on the brief), for appellants.

Anthony V. Lynch, Jr., of New York City (Samuel B. Fortenbaugh, Jr., and Shields, Clark, Brown and McCown, all of Philadelphia, Pa., and Pyne and Lynch, of New York City, on the brief), for Dauntless Towing Line.

Leslie C. Krusen, of Philadephia, Pa., for libellant.

Before BIGGS, McLAUGHLIN and O'CONNELL, Circuit Judges.

PER CURIAM.

An examination of the briefs of the parties and the appendix leads us to the conclusion that the decision of the court be-

low was correct. See 58 F.Supp. 884. Much of the testimony was directly in conflict. Our conclusions as to the credibility of the witnesses and the interpretation to be put upon the evidence coincide in all substantial particulars with those expressed by the District Court. Accordingly, the decree appealed from is affirmed.